IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE B. KEAHEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | |
| BETHEL TOWNSHIP, PENNSYLVANIA, *et al.*, | : | NO. 11-7210 |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

**AND NOW**, this *15th* day of *February*, 2012, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 4), and Plaintiff's Response in Opposition(Docket No. 6), it is hereby **ORDERED** that Defendants' Motion (Docket No. 4) is **GRANTED IN PART** and **DENIED IN PART**:

1. Defendants' Motion to Dismiss the 42 U.S.C. § 1983 claims (Counts I and II) is **GRANTED** to the extent Plaintiff's claims allege deprivations of his Fourteenth Amendment substantive due process rights, but **DENIED** to the extent the claims allege deprivations of the Fourth Amendment based on the unconstitutional seizure of one's person and personal property, and deprivation of Fourteenth Amendment procedural due process rights;

2. Defendants' Motion to Dismiss the Conspiracy to Deprive Plaintiff of Constitutional Rights claim (Count III) is **DENIED**;

3. Defendants' Motion to Dismiss the False Imprisonment claim (Count IV)[1] is **DENIED**;

4. Defendants' Motion to Dismiss the Harassment claim (Count V) is **GRANTED**;

---

[1] In his Amended Complaint and Response, Plaintiff refers to this Count as "Count IIII." See Footnote 12 in Memorandum.

5. Defendants' Motion to Dismiss the Malicious Abuse of Process claim is **GRANTED**;

6. Defendants' Motion to Dismiss Plaintiff's request for punitive damages is **GRANTED** as to all § 1983 claims against Bethel Township, but **DENIED** to the extent that Plaintiff asserts claims against the officers in their individual capacities, and **DENIED** as to Plaintiff's state law claims;

7. Defendants' Motion to Dismiss based on the qualified immunity doctrine is **DENIED without prejudice** to raise at a later stage in the litigation;

8. All claims asserted against the Bethel Township Police Department as an entity separate from the Township are **DISMISSED**;

9. Defendants' request to dismiss Bethel Township as a party to the case is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.