# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE B. KEAHEY, | : |
|         Plaintiff, | :   CIVIL ACTION |
|         v. | : |
| | :   NO. 11-7210 |
| BETHEL TOWNSHIP, PENNSYLVANIA, et al., | : |
|         Defendants. | : |

## ORDER

**AND NOW**, this *13th* day of *December*, 2012, upon consideration of Defendants Bethel Township, Lieutenant William Coyle, Corporal Chris Kimball, Officer Brian Buck, Officer James Register, Detective Russell Mervine, Officer Sean Bradshaw, and Officer Lou Stackeni's Motion for Summary Judgment (Docket No. 22), the Response of Plaintiff George Keahey (Docket No. 27), Defendants' Reply Brief (Docket No. 29), and Plaintiff's Sur-Reply Brief (Docket No. 31), it is hereby **ORDERED** as follows:

1. Defendants Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants on the entirety of the Amended Complaint against it.

3. Defendant's Motion for Leave to File an Affidavit of Wendy Keahey is **DENIED** as moot.

4. Plaintiff's Motions in Limine to Bar Introduction of his Profession in Evidence and to Bar Mark Allen Raith from Presenting Opening and Closing Statements are **DENIED** as moot.

This case is now **CLOSED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.